STATE v. PIGFORD

No. 510P00

Case below: 140 N.C. App. 388

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. PURCELL

No. 438P00

Case below: 139 N.C. App. 636

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 20 December 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000. Motion by defendant to hold petition for discretionary review in abeyance denied 20 December 2000.

STATE v. SCHLAEPFER

No. 483P00

Case below: 140 N.C. App. 150

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 20 December 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. SEXTON

No. 499A91-5,-6,-7

Case below: Wake County Superior Court

Application by defendant for writ of habeas corpus denied 16 October 2000. Petition by defendant for writ of certiorari to review the order of the Superior Court, Wake County, denied 1 November 2000. Motion by defendant for stay of execution denied 2 November 2000.